AO 442    (Rev. 10/03) Warrant for Arrest

**NOT FOR PUBLIC VIEW** CASE RECEIPT AND RETURN

# UNITED STATES DISTRICT COURT

Southern District of California

UNITED STATES OF AMERICA

V.

RICHARD M. HERSCH

UNSEALED 4/17/09

SEALED WARRANT FOR ARREST

Case Number: '09 MJ1201

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   RICHARD M. HERSCH
                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

Mail Fraud

in violation of Title  18  United States Code, Section(s)  1341

Ruben B. Brooks
Name of Issuing Officer

Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

4/15/2009        San Diego, California
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |